LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
VICTORIA MARITIME COMPANY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
VICTORIA MARITIME COMPANY,

                Plaintiff,        **ECF CASE**

     - against -        08 Civ. 6307 (HB)

FEEDCO S.A.,

                Defendant.
-------------------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCivP 41(a)(1)**

No Answer or Motion for Summary Judgment having been filed by defendant, plaintiff hereby voluntary dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: July 23, 2008

                                                    Respectfully submitted,

                                                    LYONS & FLOOD, LLP
                                                    Attorneys for Plaintiff

By:      /s/ Jon Werner
            Jon Werner (JW-5000)
            65 West 36th Street, 7th Floor
            New York, New York 10018
            (212) 594-2400